Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 10−12699−DHS
                          Chapter: 7
                          Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Charles J. Pressner Jr. | Anabella Pressner |
| fka Pressner Contruction Co. | aka Ana Pressner |
| 27 South Brookside Drive | 27 South Brookside Drive |
| Rockaway, NJ 07866 | Rockaway, NJ 07866 |

Social Security No.:
  xxx−xx−9358                                       xxx−xx−4748

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Nicholas J. Delzotti is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 27, 2010</u>                      <u>Donald H. Steckroth</u>
                                             Judge, United States Bankruptcy Court